In the Matter of the Claim of FRANK NARO, Respondent, for Compensation under the Workmen's Compensation Law, v. RUECKHEIM BROS. &

ECKSTEIN, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed on the opinion in *Marhoffer* v. *Marhoffer* (*ante*, p. 52), decided herewith.

In the Matter of the Claim of BERNARD BENSON, Respondent, for Compensation under the Workmen's Compensation Law, v. STEPHEN PENNEY, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed, on the opinion in *Marhoffer* v. *Marhoffer* (*ante*, p. 52), decided herewith.